AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ashley S. Griffith,<br>*Plaintiff*<br>v.<br>Metropolitan Life Insurance Company,<br>*Defendant* | Civil Action No.    3:14-3525-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Ashley S. Griffith, shall take nothing of the defendant, Metropolitan Life Insurance Company and the complaint is dismissed with prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding. The Court having granted the defendant's motion to dismiss.


Date:   October 29, 2014                                                         *CLERK OF COURT*

                                                                                                          s/Angie Snipes
                                                                                      _____
                                                                                      *Signature of Clerk or Deputy Clerk*